# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 12-2202

_____

Larry D. Jesinoski and Cheryle Jesinoski, individuals

Plaintiffs - Appellants

v.

Countrywide Home Loans, Inc.,
subsidiary of Bank of America N.A.,
doing business as America's Wholesale
Lender; BAC Home Loans Servicing, LP,
a subsidiary of Bank of America, N.A.,
a Texas Limited Partnership, formerly
known as Countrywide Home Loans
Servicing, L.P.; Mortgage Electronic
Registration Systems, Inc., a Delaware
Corporation; and John and Jane Does 1-10

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-00474-DWF)

---

## JUDGMENT

Before LOKEN, MELLOY, and COLLOTON, Circuit Judges.

The judgment of the district court in this case is reversed. The case is remanded for

further proceedings consistent with *Jesinoski v. Countrywide Home Loans, Inc*., 135 S. Ct. 790

(2015).

February 24, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans