## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 12-2202

Larry D. Jesinoski and Cheryle Jesinoski, individuals

Appellants

v.

Countrywide Home Loans, Inc., subsidiary of Bank of America N.A., doing business as America's Wholesale Lender, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-00474-DWF)
_____

### MANDATE

In accordance with the judgment of 02/24/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 19, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit